### 26988. CORDELL *v.* THE STATE.

GUERRY, J. The act prohibiting and making a misdemeanor the operation of an automobile by a person while under the influence of intoxicating liquor (Ga. L. 1927, p. 226, secs. 13, 26, Code, §§ 68-307, 68-9908), is for the protection of the safety of the general public. The fact that "no one was harmed" by the commission of such act does not prevent a conviction. No error of law is complained of, and the evidence amply supports the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED SEPTEMBER 9, 1938.

*J. D. Kirkland,* for plaintiff in error.
*George L. Smith 2d, solicitor, I. L. Price,* contra.